ORDER
PER CURIAM:
AND NOW, this 20th day of August, 1998 we GRANT the Petition for Allowance of Appeal limited to the following issue:
DID THE SUPERIOR COURT ERR IN HOLDING THAT PETITIONER HAD TO SHOW THAT HER AUTOMOBILE ACCIDENT WAS A SUBSTANTIAL FACTOR IN CAUSING THE INJURY THAT NECESSITATED HER LATEST SURGERY, FOR WHICH FIRST PARTY MEDICAL BENEFITS WERE DENIED, OR WAS DEMONSTRATION OF A CAUSAL CONNECTION SUFFICIENT?